UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SALGADO VALENZUELA,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>FERETI SEMAIA, in official capacity, Facility Administrator of Adelanto ICE Processing Center, et al,<br><br>　　　　　　Respondents. | Case No. 5:25-cv-02853-SSS-RAO<br><br>**ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO APPEAR VIA ZOOM FOR NOV. 14 HEARING ON PRELIMINARY INJUNCTION (Doc. # 9)**<br><br>**NOTE CHANGES MADE BY COURT** |

1

1   On November 9, 2025, Petitioner filed an unopposed motion to appear via
2   Zoom for the preliminary injunction hearing scheduled on November 14, 2025.
3   Counsel for Petitioner described the particular difficulties involved in traveling
4   in-person to the scheduled hearing. Counsel noted that the motion is unopposed.
5   The court, having considered Petitioner's motion and finding good cause,
6   hereby GRANTS the Motion and ORDERS as follows:
7       1. The in-person hearing will be converted to a video hearing.  All parties shall
8          appear via Zoom videoconference.[1]
9       IT IS SO ORDERED.

Dated: November 12, 2025

_____
SUNSHINE S. SYKES
United States District Judge

---

[1] To obtain the video conference link for the scheduled hearing, the parties are directed to Judge Sykes' Procedures and Schedules page on the Court's website: http://www.cacd.uscourts.gov/honorable-sunshine-s-sykes.  Please follow the instructions listed under "Zoom Webinar Information."